ORIGINAL

FILED
JAN 13 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. FLORES, | Civil No. 15cv813 JM(WVG) |
| Plaintiff, | |
| v. | SPECIAL VERDICT FORM |
| RUSSELL A. GAY, JR., | |
| Defendant. | |

1. Did Defendant RUSSELL A. GAY, JR. use unreasonable force against Plaintiff LUIS M. FLORES in violation of the Fourth Amendment?

   Yes: _____

   No: ✓

   *(If you answered No, do not answer any following question and sign and date this verdict form. If you answered yes, please proceed to question 2.)*

2. Did Defendant RUSSELL A. GAY, JR.'S use of unreasonable force cause damages to Plaintiff LUIS M. FLORES?

   Yes: _____

   No: _____

## DAMAGES

*(If you answered "Yes" to question 2, please answer the following questions.)*

3. What is the reasonable value of damages that plaintiff is entitled to be awarded caused by any unreasonable force by defendant in the following categories:

   a. Reasonable value of past wages and earnings lost:

   $ _____

   b. Past and future emotional and physical pain and suffering:

   $ _____

## PUNITIVE DAMAGES

*(Answer the following question only if you answered "Yes" to question 1.)*

4. Do you find by clear and convincing evidence that Defendant RUSSELL A. GAY, JR. acted with malice or oppression or reckless disregard for the right of Plaintiff LUIS M. FLORES to be free from unreasonable force ?

   Yes: _____

   No: _____

Dated: 1/13/17

*/s/ Morris M Koenig*
Presiding Juror