# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. FLORES, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>RUSSELL A. GAY, JR., an individual,<br><br>                Defendant. | Case No.: 15cv813 JM (WVG)<br><br>**JUDGMENT ON SPECIAL VERDICT** |

    This matter having been assigned to Courtroom 5D for trial, the Honorable Jeffrey T. Miller, United States District Judge, presiding. Brandon M. Smith, Esq., and Ian Pancer appearing for Plaintiff Luis M. Flores, and Michael R. McGuinness, Assistant City Attorney, and Mark P. Bookholder, Deputy City Attorney, appearing for Defendant Russell A. Gay, Jr.

    A jury of eight (8) persons was regularly impaneled and sworn. Witnesses were sworn and testified.

    After hearing the evidence and arguments of counsel, the jury was duly instructed by the court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned its verdict consisting of the special issues submitted to the jury and the answers given thereto by the jury, which stated as follows:

/ / /

COMES NOW the jury in the above-entitled action, and for the questions submitted to us, we answer as follows:

1. Did Defendant RUSSELL A. GAY, JR. use unreasonable force against Plaintiff LUIS M. FLORES in violation of the Fourth Amendment?

_____ Yes     __X__ No

It appearing by reason of the Special Verdict that Defendant RUSSELL A. GAY, JR. is entitled to judgment against Plaintiff LUIS M. FLORES on all remaining claims and causes of action in the complaint.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. That judgment is entered for Defendant RUSSELL A. GAY, JR. and against Plaintiff LUIS M. FLORES as to all claims and causes of action in Plaintiff's Complaint.

2. That Defendant RUSSELL A. GAY, JR. is the prevailing party and costs in the amount of $_____ be awarded to Defendant RUSSELL A. GAY, JR.

IT IS SO ORDERED.

Dated: January 23, 2017

JEFFREY T. MILLER
United States District Judge

APPROVED AS TO FORM:

Dated: January 23, 2017     LAW OFFICES OF BRANDON M. SMITH

                            By:  /s/ Brandon M. Smith
                                 BRANDON M. SMITH, ESQ.
                                 Attorney for Plaintiff

Dated: January 23, 2017     OFFICE OF THE CITY ATTORNEY
                            Jeffrey R. Epp, City Attorney

                            By:  /s/ Michael R. McGuinness
                                 MICHAEL R. MCGUINNESS
                                 Assistant City Attorney/Litigation
                                 Attorney for Defendants