UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 11 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUIS M. FLORES,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>RUSSELL A. GAY, Jr.,<br><br>    Defendant-Appellee. | No.   17-55244<br><br>D.C. No.<br>3:15-cv-00813-JM-WVG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 4) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation